UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott, | Case No.: 18-cv-2109 (NEB/KMM) |
| Plaintiff, | |
| v. | |
| Genuine Parts Company d/b/a Napa Auto Parts and Blue Sky Coast, LLC, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Jerald Boitnott, on the one hand, Genuine Parts Company d/b/a Napa Auto Parts and Blue Sky Coast, LLC, that all of the Plaintiff's claims in the above-captioned action are hereby dismissed with prejudice, and on the merits, without additional costs or attorney's fees to any party, and that a judgment of dismissal with prejudice shall be immediately entered without further notice.

Dated: November 15, 2018    **THRONDSET MICHENFELDER, LLC**

By:  /s/Patrick W. Michenfelder
   Patrick W. Michenfelder (#024207X)
One Central Avenue West, Suite 203
St. Michael, MN 55376
Tel: (763) 515-611
Email: pat@throndsetlaw.com

*Attorneys for Plaintiff*

1

Dated:  November 16, 2018			**LARSON KING, LLP**


By: _/s/Ben Mulligan_____
    David Wilk (#222860)
    Ben Mulligan (#399353)
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6500
Email: dwilk@larsonking.com
Email: bmulligan@larsonking.com

*Attorneys for Defendant Genuine Parts Company d/b/a Napa Auto Parts*


Dated: November 16, 2018			**WILLENBRING, DAHL, WOCKEN & ZIMMERMANN, PLLC**


By: _/s/Boe M. Piras_____
  Boe M. Piras
318 Main Street
P.O. Box 417
Cold Springs, MN 56320
Tel: (320) 685-3678
Email: bpiras@willenbring.com

*Attorneys for Defendant Blue Sky Coast, LLC*