# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JERALD BOITNOTT, | Case No. 18-CV-2109 (NEB/KMM) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| GENUINE PARTS COMPANY, doing business as Napa Auto Parts, and BLUE SKY COAST, LLC., | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on November 19, 2018 [ECF No. 17], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, on the merits, and without costs or attorney's fees to any party.

Dated: November 20, 2018

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge